Certificate Number: 15317-MSN-DE-022108463

Bankruptcy Case Number: 13-12770



15317-MSN-DE-022108463

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 23, 2013, at 5:14 o'clock PM PDT, Don P Warren completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date:   October 23, 2013              By:    /s/Lester D Mariano

                                       Name:  Lester D Mariano

                                       Title: Counselor